

**Kevin P. Mulry**
Partner

Direct Dial: 516.227.0620
Direct Fax: 516.336.2262
kmulry@farrellfritz.com

400 RXR Plaza
Uniondale, NY 11556
www.farrellfritz.com

Our File No.
33679-100

December 21, 2018

**BY ECF AND E-MAIL**
Honorable Cathy Seibel
United States District Judge
Southern District of New York
United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

      **Re:** *United States of America and the State of New York*
            *ex rel. Luongo v. Dwek, et al., 15-cv-4506-CS (S.D.N.Y.)*

Dear Judge Seibel:

This letter is respectfully submitted on behalf of Relator and Defendants. Relator and Defendants have entered into a settlement agreement. We are electronically filing today a stipulation of dismissal of Counts I and II of the Second Amended Complaint, without prejudice as to the United States of America, the State of New York, and the City of New York, and with prejudice as to Relator, and of Counts III and IV of the Second Amended Complaint, with prejudice as to Relator. Attorneys representing the United States, the State of New York, and the City of New York have confirmed that they consent to the Court's so ordering the stipulation of dismissal.

                          Respectfully submitted,

                          *s/ Kevin P. Mulry*

                          Kevin P. Mulry

cc:    All counsel (By ECF)

FF\7999780.1